Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
Shaamini A. Babu, Esq. (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al. | Case No.: C08-5464 MHP |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| JOHN JOSEPH NACZKOWSKI, Individually and dba FLOORING SPECIALIST, | |
| Defendant. | |

PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 41(a)(1), Plaintiffs DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al., voluntarily dismiss, without prejudice, their claim against Defendant JOHN JOSEPH NACZKOWSKI individually and dba FLOORING SPECIALIST. Defendant has neither served an answer nor moved for summary judgment, and Plaintiffs have not previously filed or dismissed any similar action against Defendant.

/ / /

/ / /

/ / /

1    I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above

2  entitled action, and that the foregoing is true of my own knowledge.

3        Executed this 23rd day of September, 2009, at San Francisco, California.

4                                    SALTZMAN & JOHNSON
                                     LAW CORPORATION
5

6                                    By:_____/s/_____
7                                        Muriel B. Kaplan
                                         Attorneys for Plaintiffs
8

9  IT IS SO ORDERED.

10        This case is dismissed without prejudice.

11

12  Date:___9/24/2009_____            _____

13                                       UNITED STA....            ....DGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>PROOF OF SERVICE</u>

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California.  I am over the age of eighteen and not a party to this action.  My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On September 23, 2009, I served the following document(s):

**NOTICE OF VOLUNTARY DISMISSAL**

on the interested parties in said action by <u>First Class U.S. Mail</u> by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

**John J. Naczkowski dba Flooring Specialist**
**11101 Chula Vista Avenue**
**San Jose, CA 95127**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 23rd day of September, 2009, at San Francisco, California.


_____/s/_____
Qui X. Lu